## BARRINGER-WILLIS v. HEALTHSOURCE N.C., INC.

No. 22P00

Case below: 136 N.C.App. 441

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 2000.

## BRANNOCK v. BRANNOCK

No. 580P99

Case below: 135 N.C.App. 635

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 2 March 2000.

## BUCHANAN v. HIGHT

No. 300P99

Case below: 133 N.C.App. 299

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 19 August 1999. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

## CALDERWOOD v. CHARLOTTE-MECKLENBURG HOSP. AUTH.

No. 507P99

Case below: 135 N.C.App. 112

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.